UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 21, 2014

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 15- |
| | ) | |
| | ) | Grand Jury Original |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| RUSSELL J. SVEDA, | ) | 18 U.S.C. § 1349 (Conspiracy); |
| | ) | 18 U.S.C. § 1347 (Health Care Fraud); |
| and | ) | 18 U.S.C. § 287 (False Claims); |
| | ) | 18 U.S.C. § 1035(a)(2) (False Statements |
| RICHARD V. SCHACHTER, | ) | Relating to Health Care Matters); |
| | ) | 18 U.S.C. § 1341 (Mail Fraud); |
| Defendants. | ) | 18 U.S.C. § 2 (Aiding and Abetting and Causing |
| | ) | an Act to Be Done); |
| | ) | 22 D.C. Code §§ 3211(b)(2) and 3212(a) (First |
| | ) | Degree Theft); |
| | ) | 18 U.S.C. § 982(a)(7), and |
| | ) | 21 U.S.C. § 853(p) (Criminal Forfeiture). |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

**(CONSPIRACY)**

**Introduction**

At all times material to this indictment:

1. The Federal Employees Health Benefits Program ("FEHBP") was a health care benefit program as defined in Title 18, United States Code, Section 24(b) that offered health care benefits, items, and services for federal employees, retirees, and their eligible spouses and dependents. The United States Office of Personnel Management ("OPM") administered the FEHBP

and contracted with a number of private insurance carriers to administer the FEHBP. The OPM-contracted insurance plans processed and paid health care claims on behalf of OPM. OPM reimbursed the contracted health insurance plans for 100% of the amount of the health care claims they paid, and 100% of their administrative expenses, plus a negotiated service charge. The money to pay the health insurance plans was drawn from OPM's revolving trust fund account at the United States Treasury. The trust fund account was funded primarily by the federal government using taxpayer dollars, but approximately 27% of the fund was comprised of health insurance premiums paid by individual federal employees.

2. Under the FEHBP, United States Department of State employees and retirees (among others) had the option to choose the Foreign Service Benefit Plan ("FSBP") as their health care benefit program. FSBP was a "health care benefit program" as defined in Title 18, United States Code, Section 24(b). FSBP was a member of the FEHBP and was sponsored by the American Foreign Service Protective Association ("AFSPA"), located at 1716 N Street, NW, Washington, DC 20036. FSBP, under AFSPA, was administered and underwritten by Coventry Health Care ("Coventry").

3. Generally, employees and retirees who enrolled in FSBP paid out-of-pocket for any health care benefits, items, or services they received overseas, and then submitted claims for reimbursement to AFSPA, for money already paid, via facsimile or mail delivered to the District of Columbia location. AFSPA sent the claims to Coventry, which then processed the reimbursements and paid the employee directly, either with a check sent through the United States Postal Service or through electronic direct deposit to the employee's bank account.

4. The defendant, RUSSELL J. SVEDA was a United States citizen and federal government retiree. Having retired from the U.S. Department of State, the defendant RUSSELL J. SVEDA was enrolled in the FSBP and submitted claims to the AFSPA.

5. The defendant RICHARD V. SCHACHTER was a United States citizen and, for at least a portion of time during the life of the conspiracy, held a power of attorney for the defendant RUSSELL V. SVEDA and was his authorized representative for purposes of discussing his (SVEDA's) health information with AFSPA and OPM.

6. Between in or around January 2007 and in or around January 2013, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER attempted to obtain from AFSPA approximately $599,000 in reimbursements for overseas pharmacy purchases and $637,000 in reimbursements for overseas medical care, for an approximate total of $1.2 million.

7. In response to the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER's efforts, FSBP paid approximately $1,081,000 in 77 checks, mailed via U.S. Postal Service, primarily to a post office box in the District of Columbia, or a commercial mailbox located on MacArthur Blvd., NW, Washington, DC. At times, FSBP sent these checks to the care of the defendant RICHARD V. SCHACHTER.

**The Conspiracy**

8. From in or around January 2007, through in or around January 2013, in the District of Columbia and elsewhere, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER unlawfully, willfully, and knowingly, conspired, combined, confederated, and agreed with each other to commit health care fraud and mail fraud, in violation of Title 18, United States Code, Sections 1347 and 1341, by defrauding FEHBP (through FSBP) by filing materially false reimbursement claims to AFSPA knowing that the services were not provided and causing the

3

administrator, Coventry, to mail checks to the defendants to reimburse them for payments which were never made.

## Goal of the Conspiracy

9. It was a goal of the conspiracy to enrich the conspirators by submitting false claims to AFSPA on behalf of FSBP and FEHBP.

## The Manner and Means of the Conspiracy

10. The defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER accomplished the goal of the conspiracy by using the following manner and means, among others:

a. The defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER submitted materially false and fraudulent claims and invoices to AFSPA in the District of Columbia, with most of the claims being submitted under the name of SVEDA, in the care of SCHACHTER.

b. The defendant RICHARD V. SCHACHTER repeatedly spoke with AFSPA about the status of defendant RUSSELL J. SVEDA's claims in an effort to get these materially false and fraudulent claims processed.

c. The defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER—in both the materially false and fraudulent claims and in the communications with AFSPA, falsely represented that SVEDA had purchased and paid for prescription medications and other pharmaceutical items from the Stadt-Apotheke Fussen ("the Apotheke"), a pharmacy in Fussen, Germany, and that he had received and paid for health care items and medical services from doctors, hospitals, clinics, and other medical providers in the German cities/towns of Fussen, Bad Liebenstein, Bad Salzungen, Bad Ems, Baden, Schweina, and other locations in Germany.

d. The defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER, after obtaining funds as reimbursements for medical expenses supposedly incurred, used these funds, in

4

part, to help finance joint travel around Europe and to pay for other joint expenditures wholly unrelated to medical services.

**(Conspiracy, in violation of Title 18, United States Code, Section 1349).**

## COUNT TWO
## (HEALTH CARE FRAUD)

11. From in or around January 2007, through in or around January 2013, in the District of Columbia and elsewhere, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER knowingly and willfully executed and attempted to execute a scheme and artifice to defraud the FEHBP through FSBP, a health care benefit program as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, namely, false reimbursement claims, money and property owned by and under the custody and control of the FEHBP / FSBP, in connection with the delivery of and payment for health care benefits, items, and services.

12. Paragraphs 1 through 7 and 9 through 10 of Count One of this indictment are hereby realleged, and contain the description of the above-mentioned scheme.

**(Health Care Fraud, Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1347 and 2).**

## COUNTS THREE THROUGH TEN
## FALSE CLAIMS

13. The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1 through 7, and 9 through 10 as if fully set forth herein.

14. On or about the dates listed below, in the District of Columbia, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER made and presented to AFSPA, on behalf of OPM, a claim upon and against the United States, that is, reimbursement claims, as more fully

described below, knowing that the claim was materially false, fictitious, and fraudulent in that the services were never rendered and never paid for by the defendants:

| Count | Date of Claim | Amount Claimed (€Euro) | Approximate Amount Claimed ($ US) | Amount Paid ($ US) | Claimed Medical Service | Claimed Date of Service |
|---|---|---|---|---|---|---|
| THREE | 12/7/2009 | €8.952,38 | $13,876.19 | $13,876.19 | Medicine | 11/30/2009 |
| FOUR | 1/14/2010 | €5.201,60 | $8,010.46 | $8,010.46 | Surgery | 11/23/2009 |
| FIVE | 2/19/2010 | €193,84 | $288.82 | $288.82 | Ultrasound | 5/29/2009 |
| SIX | 2/19/2010 | €237,45 | $353.80 | $353.80 | Consultation | 10/14/2009 |
| SEVEN | 2/19/2010 | €13.153,56 | $20,256.48 | $20,256.48 | Lab work | 10/15/2009 |
| EIGHT | 6/15/2010 | €19.426,89 | $24,251.87 | $24,251.87 | Medicine | 6/10/2010 |
| NINE | 7/7/2010 | €19.426,89 | $27,003.38 | $27,003.38 | Medicine | 7/7/2010 |
| TEN | 8/5/2010 | €19.989,05 | $27,384.00 | $27,384.00 | Medicine | 8/4/2010 |

**(False Claims, Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 287 and 2).**

## COUNTS ELEVEN THROUGH SEVENTEEN
## (FALSE STATEMENTS RELATING TO HEALTH CARE MATTERS)

15. The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1 through 7, and 9 through 10 as if fully set forth herein.

16. On or about the dates specified below, in the District of Columbia and elsewhere, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER, in a matter involving a health care benefit program, specifically the FSBP / FEHBP, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation and made and used a materially false writing and document knowing the same to contain a materially false, fictitious, and fraudulent

6

statement and entry, that being that services were rendered when they were not, in connection with the delivery of and payment for health care benefits, items, and services, as described below:

| Count | Date Submitted | Amount Claimed (€Euro) | Approximate Amount Claimed ($ US) | Description |
|---|---|---|---|---|
| ELEVEN | 12/7/2009 | €8.952,38 | $13,876.19 | Invoice for medicine |
| TWELVE | 1/14/2010 | €10.948,35 | $16,860.46 | Invoice for medical services, including office visits and surgery |
| THIRTEEN | 2/19/2010 | €7.521 | $11,206.29 | Invoice for medical services, including ultrasound, consultations, and chiropractic therapy |
| FOURTEEN | 2/19/2010 | €13.153,56 | $20,256.48 | Invoice for lab work |
| FIFTEEN | 6/15/2010 | €19.426,89 | $24,251.87 | Invoice for medicine |
| SIXTEEN | 7/7/2010 | €19.426,89 | $27,003.38 | Invoice for medicine |
| SEVENTEEN | 8/5/2010 | €19.989,05 | $27,384.00 | Invoice for medicine |

**(False Statements Relating to Health Care Matters,
Aiding and Abetting and Causing an Act to be Done,
in violation of Title 18, United States Code, Sections 1035(a)(2) and 2).**

### COUNTS EIGHTEEN THROUGH TWENTY-THREE
### MAIL FRAUD

17. From in or about January 2007 until in or about January 2013, within the District of Columbia and elsewhere, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER devised and intended to devise and aided and abetted a scheme to defraud a health care benefit program, that is FEHBP / FSBP, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, from FEHBP / FSBP by submitting materially false reimbursement claims for pharmaceutical items and medical services which the defendant RUSSELL J. SVEDA did not receive, as more fully described below.

18. Paragraphs 1 through 7 and 9 through 10 of Count One of this indictment are hereby realleged, and contain the description of the above-mentioned scheme.

19. On or about the dates listed below, in the District of Columbia and elsewhere, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER for the purpose of executing and attempting to execute and aiding and abetting the execution of the above-described scheme to defraud and obtaining money and property by materially false and fraudulent pretenses, representations, and promises, did knowingly cause to be delivered by the United States Postal Service to a post office box in the District of Columbia, mail matter, that is, reimbursement checks from Coventry for medicine and medical services purportedly received by the defendant RUSSELL J. SVEDA, as further described below:

| Count | Date of Check | Check Number | Check Amount | Description |
| --- | --- | --- | --- | --- |
| EIGHTEEN | 12/21/2009 | #235569 | $13,876.19 | Payment for medicine purportedly received on 11/30/2009 |
| NINETEEN | 1/28/2010 | #260369 | $16,860.46 | Payment for surgery purportedly received on 11/23/2009 |
| TWENTY | 2/26/2010 | #280324 | $48,583.47 | Payment for ultrasound, consultation, and lab work purportedly received on 5/29/2009, 10/14/2009, and 10/15/2009 respectively |
| TWENTY-ONE | 7/1/2010 | #368740 | $24,672.15 | Payment for medicine purportedly received on 6/10/2010 |
| TWENTY-TWO | 7/13/2010 | #376641 | $68,491.75 | Payment for medicine purportedly received on 7/7/2010 |
| TWENTY-THREE | 8/19/2010 | #409058 | $75,281.10 | Payment for medicine purportedly received on 8/4/2010 |

**(Mail Fraud, Aiding and Abetting,
in violation of Title 18, United States Code, Sections 1341 and 2).**

# COUNT TWENTY-FOUR
## (THEFT IN THE FIRST DEGREE)

20. The Grand Jury re-alleges and incorporates by reference the allegations of paragraphs 1 through 7, and 9 through 10 as if fully set forth herein.

21. From between in or about January 2007, until in or about January 2013, in a continuing course of conduct, in the District of Columbia, the defendants RUSSELL J. SVEDA and RICHARD V. SCHACHTER wrongfully obtained property, that is, money, worth in excess of $1,000, from the United States government, specifically, OPM through its FSBP / FEHBP, with the intent to appropriate the property to their own use and to the use of third persons.

**(Theft in the First Degree, Aiding and Abetting, in violation of Title 22, District of Columbia Code, §§ 3211(b)(2) and 3212(a)).**

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Count 1 through Count 23 of this Indictment, the defendants shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses, pursuant to 18 U.S.C. § 982(a)(7). The United States will also seek forfeiture money judgments against the defendants in the amount of at least $1,081,000.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, in violation of Title 18, United States Code, Section 982(a)(7), Title 21, United States Code, Section 853(p)).**

A TRUE BILL

FOREPERSON.

*Vincent H. Cohen, Jr. /mmjz*
ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA